**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Susan A. Winget

                                                    Plaintiff,

v.                                                                        Case No.:
                                                                          1:26−cv−03100
                                                                          Honorable Jeremy C.
                                                                          Daniel

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                                    Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 24, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the notice of dismissal [14], this case is dismissed without prejudice. Civil case terminated. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.